IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| TAMMY DIANE BREWER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 2:13-CV-28 |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This Social Security appeal is before the court on the report and recommendation filed February 5, 2014, by United States Magistrate Judge C. Clifford Shirley [doc. 18]. The magistrate judge found that the decision of the administrative law judge ("ALJ") is supported by substantial evidence and that the correct legal standards were applied. He recommended that the plaintiff's motion for judgment on the pleadings [doc. 13] be denied and that the defendant Commissioner's motion for summary judgment [doc. 16] be granted. There have been no timely objections to the report and recommendation, and enough time has passed since the filing of the report and recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Federal Rule of Civil Procedure 72(b).

After a careful review of this matter, the court is in complete agreement with the magistrate judge's conclusion that there is substantial evidence in this record to support

the decision of the ALJ that plaintiff is not disabled and therefore not entitled to disability insurance benefits under the Social Security Act. The court therefore **ACCEPTS IN WHOLE** the report and recommendation under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). It is **ORDERED** for the reasons stated in the report and recommendation, which the court adopts and incorporates into its ruling, that plaintiff's motion for judgment on the pleadings is **DENIED**; that the defendant Commissioner's motion for summary judgment is **GRANTED**; and that the defendant Commissioner's decision in this case denying plaintiff's application for benefits under the Social Security Act is **AFFIRMED**. This case is **DISMISSED**.

        **IT IS SO ORDERED**.

ENTER:

          s/ Leon Jordan
ENTERED AS A JUDGMENT       United States District Judge
  s/ *Debra C. Poplin*
  CLERK OF COURT